UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re

      1819 WEEKS AVE. REALTY CORP.,      Case No. 24-11855 (JPM)
                                                                                 Chapter 11

                            Debtor.
-----------------------------------------------------------X

**ORDER GRANTING DEBTOR'S MOTION SEEKING ORDERS
EXTENDING ITS TIME TO FILE ITS
SCHEDULES AND STATEMENTS IN THIS CASE**

Upon the above-named Debtor's motion (ECF Doc. No. 12) seeking an order: a.) pursuant to Fed.R. Bankr. P. 1007(c) and 9006(b)(1), extending from November 12, 2024 through and including November 26, 2024, the Debtor's time to file its schedules of assets and liabilities and statement of financial affairs and related documents ("Schedules and Statements"); and b.) granting such other and further relief as this Court deems proper (the "Motion"), and there being sufficient notice of the Motion; and there being no objection to the Motion; and after due consideration and sufficient cause appearing therefor it is:

**ORDERED**, that the Motion is granted to the extent provided for in this Order; and it is further

**ORDERED**, that, pursuant to Fed.R. Bankr. P. 1007(c) and 9006(b)(1), the Debtor's time to file its Schedules and Statements be and hereby is extended through and including November 26, 2024

Dated: New York, New York
       November 22, 2024

                                                          /S/ John P. Mastando III
                                                        HON. JOHN P. MASTANDO III
                                                        UNITED STATES BANKRUPTCY JUDGE

1