

February 21, 2025

Lori A. Schwartz
(212) 603-6334
lschwartz@leechtishman.com

**VIA ECF**
Honorable John P. Mastando, III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:  1819 Weeks Ave. Realty Corp.
     Chapter 11 Bankruptcy Case No. 24-11855 (JPM)

Dear Judge Mastando:

    This office is counsel to Maguire Perry, LLC, secured creditor in the above-referenced chapter 11 case. We write with respect to the Debtor's Application for Order Authorizing the Retention of Northgate Real Estate Group as the Debtor's Real Estate Broker (the "Broker Retention Application") (ECF Doc. No. 17).

    For purposes of a clear record, we note that the Secured Creditor did not agree to the terms of the retention agreement in advance of the Debtor filing the Broker Retention Application.

    The Debtor and the Secured Creditor have agreed to an extension of the Secured Creditor's objection deadline to the Broker Retention Application to a date to be determined. All parties' rights are reserved and the Secured Creditor will have an opportunity to file a formal objection to the Broker Retention Application in advance of any scheduled hearing to consider the Broker Retention Application.

Please have your chambers contact me with any questions.

Very truly yours,

/s/ Lori A. Schwartz

Lori A. Schwartz

cc:
Robert M. Sasloff, Esq.
Wayne Greenwald, Esq.
Annie Wells, Esq.
(via email)

leechtishman.com