| | |
|---|---|
| Douglas J. Pick | Hearing Date: April 15, 2025 |
| Eric C. Zabicki | Time: 11:00 a.m. |
| **PICK & ZABICKI LLP** | |
| Counsel to William Arthur Vieth | |
| 369 Lexington Avenue, 12th Floor | |
| New York, New York 10017 | |
| (212) 695-6000 | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                                     Chapter 11

1819 WEEKS AVE. REALTY CORP.,                                    Case No. 24-11855 (JPM)

                              Debtor.
------------------------------------------------------------x

## NOTICE OF MOTION FOR ENTRY OF AN ORDER VACATING THE AUTOMATIC STAY TO PROCEED WITH STATE COURT LITIGATION

**PLEASE TAKE NOTICE**, that upon the annexed motion, dated March 19, 2025, and the exhibits annexed thereto, William Arthur Vieth ("Movant"), by and through his undersigned counsel, will move this court before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on April 15, 2025 at 10:00 a.m., or as soon thereafter as counsel may be heard, for entry of an Order, pursuant to 11 U.S.C. § 362(d)(1), vacating the automatic stay arising in this case so as to permit Movant to commence or otherwise proceed with an action against the Debtor in New York State Supreme Court with respect to rent overcharges; and granting such other and further relief as may be just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedures and the Local Bankruptcy Rules, (iii) set forth the name of the objecting party, the nature and amount of any claim or interest held or asserted against the Debtor's estate or property, the basis for the

objection and the specific grounds therefor, (iv) be filed with the Court with a copy to the chambers of the Honorable Philip Bentley by e-mail to JPM.chambers@nysb.uscourts.gov at the time of filing and service, together with proof of service thereof, and (v) be served in a manner so as to be received by Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017, not later than seven (7) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion shall not be in person but shall be held virtually via *Zoom for Government*. Any person wishing to attend the hearing must register their appearance using the Court's *eCourt Appearances* tool accessible on the Bankruptcy Court's website at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. no later than 4:00 p.m. the business day before the hearing date.

Dated: New York, New York
March 19, 2025

          **PICK & ZABICKI LLP**
          Counsel to William Arthur Vieth

By:  /s/Douglas J. Pick
      Douglas J. Pick, Esq.
      369 Lexington Avenue, 12th Floor
      New York, New York 10017
      (212) 695-6000