**EXHIBIT "B"**

**Jesse Gribben**

| | |
|---|---|
| From: | Itamar Gana <itamar3@gmail.com> |
| Sent: | Friday, November 8, 2024 8:55 PM |
| To: | Vanessa Vecchiarello |
| Cc: | njhproperties@aol.com; Jesse Gribben; Will Vieth |
| Subject: | Re: 47 Perry Street, Apt 2A |

Hi Vanessa,
I see that Nancy didn't respond yet so I will.
Not sure where this claim comes from, the previous tenant died before the 2019 bill therefore the ideas you talk about do not apply.
Thank you.

On Thu, Nov 7, 2024 at 1:03 PM Vanessa Vecchiarello <Vvecchiarello@hmgjlaw.com> wrote:

Good afternoon,

I'm following up in regards to the attached letter sent by our office on 9/23. Please confirm your office is in receipt of the letter. Please contact us to discuss as soon as possible.

Best,

**Vanessa Vecchiarello | Associate**

Vvecchiarello@hmgjlaw.com

15 Maiden Lane – 17th Floor

New York, NY  10038

Tel: 212-349-3000

Fax: 212-587-0744



www.hmgjlaw.com

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review,*

1

*dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mdones@hmgjlaw.com*

---

**From:** Vanessa Vecchiarello
**Sent:** Monday, September 23, 2024 12:52 PM
**To:** 'njhproperties@aol.com' <njhproperties@aol.com>; 'itamar3@gmail.com' <itamar3@gmail.com>
**Cc:** Jesse Gribben <jgribben@hmgjlaw.com>; 'Will Vieth' <wavieth@gmail.com>
**Subject:** 47 Perry Street, Apt 2A

Good afternoon,

Please see the attached letter regarding 47 Perry Street, Apt 2A. Our office has been retained by William Arthur Vieth in connection with the matter discussed therein. Please contact our office to discuss further at your earliest convenience.

Thank you,

**Vanessa Vecchiarello | Associate**

Vvecchiarello@hmgjlaw.com

15 Maiden Lane – 17th Floor

New York, NY 10038

Tel: 212-349-3000

Fax: 212-587-0744



www.hmgjlaw.com

*The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient,*

2

*please contact the sender by reply email and destroy all copies of the original message. To reply to our email administrator directly, please send an email to mdones@hmgjlaw.com*

--
Itamar Gana
Licensed Real Estate Agent
Oxford Property Group
5 W 37th st, 12th Floor
New York, NY  10018
Office:  212-300-6412 Ext 221 / Cell:  646-284-3410