UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:                                                                                    Chapter 11
  1819 Weeks Ave. Realty Corp.,                                  Case No. 24-11855 (JPM)
  Debtor.
------------------------------------------------------------------x

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PENDING DIVISION OF HOUSING AND COMMUNITY RENEWAL COMPLAINT TO PROCEED**

PLEASE TAKE NOTICE that a hearing will be held before the Honorable John P. Mastando III, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, on July 23, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, to consider the motion (the "Motion") of Jacob Nathan Sanders, a pro se residential tenant, for entry of an order pursuant to 11 U.S.C. § 362(d)(1), modifying the automatic stay to allow his pending proceeding before the New York State Division of Housing and Community Renewal (DHCR) to proceed.

PLEASE TAKE FURTHER NOTICE that responses or objections, if any, to the Motion must be in writing, filed with the Court with a copy to the chambers via e-mail to JPM.chambers@nysb.uscourts.gov, and served so as to be received by the undersigned and all other interested parties no later than seven days before the hearing date.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion shall be held virtually via *Zoom for Government*, and that parties wishing to attend must register their appearance at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl no later than 4:00 p.m. the business day before the hearing date.

Dated: June 30, 2025
New York, New York

Respectfully submitted,

*[signature: Jacob Sanders]*

Jacob Nathan Sanders
47 Perry Street, Apt 3D
New York, NY 10014
(201) 983-2835
jacosand@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: 1819 Weeks Ave. Realty Corp.         Chapter 11
Case No. 24-11855-JPM

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PENDING DIVISION OF HOUSING AND COMMUNITY RENEWAL COMPLAINT TO PROCEED**

I, Jacob Nathan Sanders ("Movant"), appear pro se and respectfully request an order pursuant to 11 U.S.C. § 362(d)(1) modifying the automatic stay so that my complaint, now pending before the New York State Division of Housing and Community Renewal ("DHCR") under Docket No. NR 410077 R (the "DHCR Proceeding"), may move forward to judgment. In support, I state:

**I. Relevant Background**

On October 28, 2024, the Debtor filed this Chapter 11 case.

I am the residential tenant of Apartment 3D, 47 Perry Street, New York, NY 10014 (the "Apartment").

Believing the Apartment to be wrongfully deregulated and that I have been overcharged, I filed the DHCR Proceeding on June 17, 2025. The DHCR Proceeding seeks, among other relief:

1. A declaration that the Apartment is subject to the Rent Stabilization Law and Code;
2. Calculation of the correct legal regulated rent; and
3. Refund of any overcharges (with treble damages if warranted).

No merits determinations have yet been made by the DHCR.

I have since filed a proof of claim in this case and objected to any sale "free and clear" of tenant claims.

**II. Relief Requested**

I ask the Court to modify the automatic stay to allow the DHCR Proceeding to continue to final agency determination. I do not seek permission to enforce any monetary award against the Debtor outside this Court.

**III. Cause Exists to Grant Stay Relief**

The DHCR is the specialized forum for determining rent-stabilization status and calculating legal rents; allowing it to proceed will liquidate my claim efficiently, avoid duplicative litigation, and enable a prospective buyer to be made aware of any potential liabilities.

DHCR proceedings are paper-driven, narrow in scope, and will not disrupt the Debtor's reorganization.

The Debtor will retain all bankruptcy protections against collection.

**IV. Conclusion**

For the reasons above, I respectfully request that the Court:

Modify the automatic stay to permit the DHCR Proceeding to continue;

Provide that any enforcement against the Debtor or collection of a monetary award from the Debtor remains stayed absent further Court order; and

Grant such other and further relief as the Court deems just and proper.

Dated: June 30, 2025
New York, New York

Respectfully submitted,

Jacob Nathan Sanders
47 Perry Street, Apt 3D
New York, NY 10014
(201) 983-2835
jacosand@gmail.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re: 1819 Weeks Ave. Realty Corp.　　　　　　　Chapter 11
Case No. 24-11855-JPM

### CERTIFICATE OF SERVICE

I, Jacob Nathan Sanders, hereby certify that on June 30, 2025, I served a true and correct copy of the **Motion for Relief from the Automatic Stay to Permit Pending Division of Housing and Community Renewal Complaint to Proceed** via e-mail to the following parties:

**(i) Counsel for Debtor:**
Robert M. Sasloff, Esq.
Jacobs P.C.
717 Fifth Avenue, Floor 26
New York, NY 10022
robert@jacobspc.com

**(ii) Office of the United States Trustee:**
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408
Attn: Annie Wells, Esq.
ustpregion02.nyecf@usdoj.gov

**(iii) Counsel for Debtor's Lender:**
Lori Schwartz, Esq.
Leech Tishman
One Dag Hammarskjöld Plaza
885 Second Avenue, 3rd Floor
New York, NY 10017
lschwartz@leechtishman.com

**(iv) Counsel for Other Tenants:**
Douglas J. Pick
369 Lexington Avenue, 12th Floor
New York, New York 10017
dpick@picklaw.net

Paul Rachmuth
265 Sunrise Highway Suite 62
Rockville Centre, NY 11570
paul@paresq.com

Timothy Collins
277 Broadway, 14th Floor
New York, NY 10007
tcoll378@aol.com

Jesse Gribben
Maiden Ln, 17th Floor
New York, NY 10038
jgribben@hmgjlaw.com

**(v) Other Tenants:**
Gregory Bruce Cerbone
47 Perry St., Apt. 5CD
New York, NY 10014
gbcerbone@aol.com

Dated: June 30, 2025

Respectfully submitted,

*[signature]*

Jacob Nathan Sanders
47 Perry Street, Apt 3D
New York, NY 10014
(201) 983-2835
jacosand@gmail.com