UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                    Chapter 11

1819 WEEKS AVE. REALTY CORP.,                             Case No. 24-11855 (JPM)

                     Debtor.
------------------------------------------------------------x

## ORDER VACATING THE AUTOMATIC STAY
## TO PROCEED WITH STATE COURT LITIGATION

Upon the motion of William Arthur Vieth ("Movant"), dated March 19, 2025 (ECF Doc. 36) (the "Motion"), seeking the entry of an Order, pursuant to 11 U.S.C. § 362(d)(1), vacating the automatic stay arising in this case so as to permit Movant to commence or otherwise proceed with an action against 1819 Weeks Ave. Realty Corp., the debtor and debtor-in-possession herein (the "Debtor"), in state court with respect to rent overcharges; and due and adequate notice of the Motion having been provided; and it appearing that no other or further notice need be given; and the Court having considered objections to the Motion filed by the Debtor (ECF Doc. 53) and Maguire Perry, LLC (ECF Doc. 54) on June 10, 2025, and response thereto filed by the Movant on June 11, 2025 (ECF Doc. 55); and no other or further response or objection to the Motion having been made; and upon the record of and for the reasons stated by the Court at the hearing held in connection with the Motion on June 17, 2025; and after due deliberation and sufficient cause appearing therefore; it is hereby

        **ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

        1.        The Motion is granted as set forth herein.

        2.        Pursuant to 11 U.S.C. §362(d)(1), the automatic stay arising in this case under 11 U.S.C. §362(a) is hereby vacated to the extent necessary to permit the continuation of a certain action commenced by the Movant in the Supreme Court of the State of New York, County

of New York (the "State Supreme Court"), on January 29, 2025 entitled *William Arthur Vieth v. 1819 Weeks Ave. Realty Corp.*, Index No. 151303/2025, or, alternatively, the commencement by the Movant of a new action in the State Supreme Court seeking substantially similar relief, through a hearing and determination, including any appeals.

3. The fourteen (14) days stay period provided for under Fed. R. Bankr. P. 4001(c)(3) is hereby waived and this Order shall be effective immediately upon its entry.

Dated: New York, New York
      July 7, 2025

                                      /S/ John P. Mastando III
                                      HONORABLE JOHN P. MASTANDO III
                                      UNITED STATES BANKRUPTCY JUDGE