EXHIBIT D

NOTICE OF SALE

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**1819 WEEKS AVE. REALTY CORP.**,<br><br>Debtor. | Chapter 11<br><br>24-11855-JPM |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF SALE FOR THE REAL PROPERTY KNOWN AS AND LOCATED AT 47 PERRY STREET, NEW YORK, NEW YORK 10014

**PLEASE TAKE NOTICE** that, on October 28, 2024 ("Petition Date"), 1819 Weeks Ave. Realty Corp., the debtor and debtor in possession (the "**Debtor**") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, by Order entered on April 2, 2025, the Bankruptcy Court approved the retention of Northgate Real Estate Group as real estate broker (the "Broker") to sell the Debtor's real property known as and located at 47 Perry Street, New York, New York 10014 (the "Property").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to an Order entered on _____, 2025 ("Sale Procedure Order"), the Bankruptcy Court authorized the Debtor to sell the Property.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code §§ 363(b) and (f), Bankruptcy Rule 6004, Local Bankruptcy Rule 6004-1 and the Sale Procedure Order, the Property will be sold free and clear of all liens, claims and encumbrances except as set forth in footnote 1, with such liens, claims and encumbrances to attach to the net proceeds of sale payable to the Debtor's estate pursuant to the Sale Procedure Order.[1]

**PLEASE TAKE FURTHER NOTICE** that the Property is being sold "as is", "where is", without any representations of any kind or nature whatsoever, including as to merchantability or fitness for a particular purpose, and without warranty or agreement as to the condition of such Property.

**PLEASE TAKE FURTHER NOTICE** that the Auction, if held, shall be conducted in-person, telephonically or by videoconference on August 19, 2025, at 11:00 a.m. ET, at the office of Jacobs P.C., 717 5th Avenue, Floor 17, New York, NY 10022.

---

[1] Several tenants ("Claiming Tenants") have asserted claims against the Debtor for rent overcharges, damages, fees and costs, prepaid rent, and renewal leases under rent stabilization laws, some with state court actions (e.g., Index Nos. 161138/2019, 151303/2025, Supreme Court, NY County, the latter of which is being recommenced and will have a new index number) and/or administrative proceedings (e.g., Index No. NR 410077 R, Division of Housing and Community Renewal, which proceeding was commenced without first obtaining relief from the automatic stay and for which a motion has been made for such relief). The Claiming Tenants argue these claims attach to the property upon sale, becoming an obligation of any purchaser, and therefore requiring funds reserved pending resolution. The Debtor denies these claims entirely; no claims have been adjudicated; and all parties reserve their rights.

**PLEASE TAKE FURTHER NOTICE** that any entity wishing to place a bid for the Property shall be subject to the following terms as set forth in the Terms and Conditions of Sale/Bidding Procedures Order, a copy of which is attached hereto as Exhibit "1".

Dated: New York, New York
　　　　　, 2025

**BY ORDER OF THE COURT**