**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**1819 WEEKS AVE. REALTY CORP.,**<br><br>Debtor. | Chapter 11<br><br>24-11855-JPM |

**ORDER GRANTING DEBTOR'S FIRST OMNIBUS OBJECTION TO CLAIMS**
**(Amended and Superseded Claims, Reduced Claims, Reduced and Reclassified Claims, and Expunged Claims)**

Upon the First Omnibus Objection to Claims (Amended and Superseded Claims, Reduced Claims, Reduced and Reclassified Claims, and Expunged Claims) (ECF No. [___]) (the "**Objection**"), filed by 1819 Weeks Realty Corp. ("**1819 Weeks**") pursuant to section 502(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 3007(d) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference M-431, dated January 31, 2012 (Preska, C.J.); and consideration of the Objection and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided in accordance with Bankruptcy Rule 3007; and a hearing having been held on _____, 2025, to consider the relief requested in the Objection (the "**Hearing**"); and the Court having found and determined that the relief sought in the Objection is in the best interests of the creditors and all parties in interest, and that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Objection is granted; and it is further

ORDERED that, pursuant to section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, each of the claims set forth on **Schedules 1-4** annexed hereto are hereby modified, in each case, in the priority and the amount set forth on **Schedules 1-4**; and it is further

ORDERED that this Order has no res judicata, estoppel, or other effect on the validity, allowance, or disallowance of, and all rights to object to or defend on any basis are expressly reserved with respect to, any claim not listed on **Schedules 1-4** that was filed by the claimants of those claims; and it is further

ORDERED that the Debtor is authorized to take all actions necessary or appropriate to give effect to this Order; and it is further

ORDERED that this Court shall retain jurisdiction over the claimants whose claims are subject to the Objection with respect to any matters related to or arising from the Objection or the implementation of this Order.

Dated: _____, 2025
       New York, New York

                                                  HONORABLE JOHN P. MASTANDO III
                                                UNITED STATES BANKRUPTCY JUDGE

**Schedule 1**

Amended and Superseded Claims

| | Filed Claim | | | | | |
|---|---|---|---|---|---|---|
| Claimant | Claim No. | Date Filed | Secured | Unsecured | Total | Reason/Basis |
| William Arthur Vieth | 3-1 | 2/18/25 | Unliquidated | Unliquidated | Unliquidated | Claim amended and superseded by Claim 3-2. |
| Christoph Johannes Meinrenken | 4-1 | 2/23/25 | Unliquidated | Unliquidated | Unliquidated | Claim amended and superseded by Claim 4-2. |

## Schedule 2
Reduced Claim

| Filed Claim | | | | | | Reason/Basis | Reduced Claim | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Claimant | Claim No. | Date Filed | Secured | Unsecured | Total | | Secured | Unsecured | Total |
| William Arthur Vieth | 3-2 (Amended) | 5/23/25 | $0.00 | $364,200.00 | $364,200.00* | Claim is contingent on litigation findings/rulings regarding overcharges and advanced rent payments that have not been issued. | $0.00 | $0.00 | $0.00 |

* Claim amount includes treble damages; should the Court decline to reduce the claim to zero, it should be reduced to the amount of the purported actual, not treble, damages.

**Schedule 3**

Reduced and Reclassified Claims

| | Filed Claim | | | | | | Reduced and Reclassified Claim | | |
|---|---|---|---|---|---|---|---|---|---|
| Claimant | Claim No. | Date Filed | Secured | Unsecured | Total | Reason/Basis | Secured | Unsecured | Total |
| Christoph Johannes Meinrenken | 4-2 (Amended) | 4/3/25 | $432,036.33 | $398,399.76 | $830,436.09* | Claim is contingent on litigation findings/ rulings regarding overcharges that have not been issued. Statutory lien for rent overcharges and fees is unsubstantiated. | $0.00 | $0.00 | $0.00 |
| Benjamin Dixon | 5-1 | 3/21/25 | $70,000.00 | $500,000.00 | $570,000.00* | Claim is contingent on, *inter alia*, litigation findings/ rulings regarding overcharges that have not been issued. Statutory lien for rent overcharges is unsubstantiated. | $0.00 | $0.00 | $0.00 |

\* Claim amount includes treble damages; should the Court decline to reduce the claim to zero, it should be reduced to the amount of the purported actual, not treble, damages.

**Schedule 4**

Expunged Claims

| Claimant | Claim No. | Date Filed | Secured | Unsecured | Total | Reason/Basis |
|---|---|---|---|---|---|---|
| | | Filed Claim | | | | |
| Gregory Bruce Carbone | 10-1 | 4/2/25 | $0.00 | $335,700.00 | $335,700.00 | Claim form indicates, "[amount] of claim premised upon any cancellation of lease **only**." (Emphasis supplied). I.e., this is a prophylactic claim for lease rejection only. All leases, however, are being assumed and assigned to the buyer of the Debtor's property. |
| Jacob Nathan Sanders | 11 | 6/27/25 | $0.00 | Unknown | Unknown | This claim is (1) late filed as the bar date was April 3, 2025; (2) unliquidated and (3) not in accordance with the Debtor's books and records. |