UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>**1819 WEEKS AVE. REALTY CORP.**,<br><br>Debtor. | Chapter 11<br><br>24-11855-JPM |

### ORDER DENYING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT PENDING DIVISION OF HOUSING AND COMMUNITY RENEWAL COMPLAINT TO PROCEED

**UPON** the motion (ECF No. 62) (the "**Motion**") of Jacob Nathan Sanders for entry of an Order, pursuant to § 362(d)(1) of title 11 of the United States Code (the "**Bankruptcy Code**"), modifying the automatic stay so as to permit Movant's complaint against 1819 Weeks Ave. Realty Corp. (the "**Debtor**"), now pending before the New York State Division of Housing and Community Renewal under Docket No. NR 410077 R (the **DHCR Proceeding**"), to proceed; and various objections (ECF Nos. 68, 70, 71) (the "**Objections**") to the Motion having been filed; and no other or further response or objection to the Motion having been made; and a hearing having been held on July 23, 2025; and after due deliberation and consideration of all the facts and circumstances herein; and the Objections having been sustained by the Court as set forth below; and adequate notice having been provided and no other or additional notice being necessary or required; it is hereby

**ORDERED** that the Motion is denied; and it is further

**ORDERED** that the DHCR Proceeding shall be withdrawn or otherwise terminated forthwith.

Dated: New York, New York          /S/ John P. Mastando III
          September 15, 2025          HONORABLE JOHN P. MASTANDO III
                                      UNITED STATES BANKRUPTCY JUDGE