# UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF New York

In Re.    §    Case No. 24-11855
1819 Weeks Ave. Realty Corp.    §
    §
    §
Debtor(s)    §

☐ Jointly Administered

# Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 11/30/2025        Petition Date: 10/28/2024

Months Pending: 13        Industry Classification: 5 3 1 1

Reporting Method:    Accrual Basis ☐    Cash Basis ●

Debtor's Full-Time Employees (current):    0

Debtor's Full-Time Employees (as of date of order for relief):    0


**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer


/s/ Nancy Haber                            Nancy Haber
Signature of Responsible Party              Printed Name of Responsible Party

01/20/2026                                 544 East 86th Street
Date                                       New York, NY 10028
                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                1

Debtor's Name: 1819 Weeks Ave. Realty Corp.   Case No. 24-11855

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $5,410 | |
| b. Total receipts (net of transfers between accounts) | $89,249 | $852,640 |
| c. Total disbursements (net of transfers between accounts) | $16,008 | $372,948 |
| d. Cash balance end of month (a+b-c) | $78,652 | |
| e. Disbursements made by third party for the benefit of the estate | $49,200 | $489,394 |
| f. Total disbursements for quarterly fee calculation (c+e) | $65,208 | $862,342 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $36,000 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $1,144,000 |
| c. Inventory   (Book ○   Market ○   Other ●   (attach explanation)) | $0 |
| d. Total current assets | $11,730,000 |
| e. Total assets | $11,730,000 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $448,368 |
| i. Postpetition taxes past due | $448,368 |
| j. Total postpetition debt (f+h) | $448,368 |
| k. Prepetition secured debt | $7,009,029 |
| l. Prepetition priority debt | $250,000 |
| m. Prepetition unsecured debt | $178,000 |
| n. Total liabilities (debt) (j+k+l+m) | $7,885,397 |
| o. Ending equity/net worth (e-n) | $3,844,603 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $89,249 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $89,249 | |
| d. Selling expenses | $65,208 | |
| e. General and administrative expenses | $0 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $2,655 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $21,387 | $-44,216 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name: 1819 Weeks Ave. Realty Corp.   Case No. 24-11855

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

| Debtor's Name | | | | | | Case No. | 24-11855 |
|---|---|---|---|---|---|---|---|
| | 1819 Weeks Ave. Realty Corp. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

| Debtor's Name | | Case No. | 24-11855 |
|---|---|---|---|
| 1819 Weeks Ave. Realty Corp. | | | |

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)   *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

| Debtor's Name | | | | | | Case No. 24-11855 |
|---|---|---|---|---|---|---|
| 1819 Weeks Ave. Realty Corp. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

| Debtor's Name | | | | | Case No. | 24-11855 |
|---|---|---|---|---|---|---|
| 1819 Weeks Ave. Realty Corp. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name: 1819 Weeks Ave. Realty Corp.  
Case No. 24-11855

| | | | | | | |
|---|---|---|---|---|---|---|
| xcix | | | | | | |
| c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6: Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes ○ No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ● No ○ | |
| d. | Are you current on postpetition tax return filings? | Yes ○ No ● | |
| e. | Are you current on postpetition estimated tax payments? | Yes ○ No ● | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ No ● | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ No ○ N/A ● | |
| i. | Do you have: Worker's compensation insurance? | Yes ○ No ● | |
| | If yes, are your premiums current? | Yes ○ No ○ N/A ● | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ● No ○ | |
| | If yes, are your premiums current? | Yes ● No ○ N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ No ● | |
| k. | Has a disclosure statement been filed with the court? | Yes ○ No ● | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ○ No ● | |

| Debtor's Name | | Case No. | 24-11855 |
|---|---|---|---|
| 1819 Weeks Ave. Realty Corp. | | | |

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

| | |
|---|---|
| /s/ Nancy Haber | Nancy Haber |
| Signature of Responsible Party | Printed Name of Responsible Party |
| President | 01/20/2026 |
| Title | Date |

| Debtor's Name | Case No. |
|---|---|
| 1819 Weeks Ave. Realty Corp. | 24-11855 |


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

| Debtor's Name | | Case No. | |
|---|---|---|---|
| 1819 Weeks Ave. Realty Corp. | | 24-11855 | |



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name: 1819 Weeks Ave. Realty Corp.

Case No. 24-11855


PageThree


PageFour

![CHASE] JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2025 through November 28, 2025

Primary Account: ██████████2377

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00021808 DRI 802 141 33325 NNNNNNNNNN  P 1 000000000 64 0000

1819 WEEKS AVE REALTY CORP
544 E 86TH ST
PH E
NEW YORK NY 10028-7526

---

### IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures** .
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking℠, Business Total Savings℠ and Premier Savings℠:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures** .

We're here to help. If you have any questions, please call the number on this statement.

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| Checking & Savings | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---:|---:|
| Chase Business Complete Checking | ██████2377 | $5,410.80 | $214.48 |
| Chase Business Select High Yield Savings | ██████1107 | 0.00 | 0.00 |
| **Total** | | **$5,410.80** | **$214.48** |
| | | | |
| **TOTAL ASSETS** | | **$5,410.80** | **$214.48** |

Page 1 of 6



November 01, 2025 through November 28, 2025

Primary Account: ████████2377

# CHASE BUSINESS COMPLETE CHECKING

1819 WEEKS AVE REALTY CORP

Account Number: ████████2377

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** |  | **$5,410.80** |
| Deposits and Additions | 4 | 10,826.23 |
| Checks Paid | 1 | -450.00 |
| Electronic Withdrawals | 14 | -15,557.55 |
| Fees | 1 | -15.00 |
| **Ending Balance** | **20** | **$214.48** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $703.54.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | ATM Check Deposit      11/07 201 E 79th St New York NY Card 5520 | $722.23 |
| 11/14 | Book Transfer Credit B/O: Michael A Defeo New York NY 10014-2762 US Ref: Apt 5A/Bnf/Apt 5A Trn: 3036405318Es | 4,700.00 |
| 11/17 | Orig CO Name:Jacob Sanders      Orig ID:T941687665 Desc Date:251117 CO Entry Descr:Sender    Sec:CIE   Trace#:113000024979024 Eed:251117   Ind ID:1819 Weeks Ave          Ind Name:827022696 Onlne Trnsfr88871070 Trn: 3214979024Tc | 4,500.00 |
| 11/25 | ATM Check Deposit      11/25 453 E 86th St New York NY Card 5520 | 904.00 |
| **Total Deposits and Additions** | | **$10,826.23** |



November 01, 2025 through November 28, 2025

Primary Account: ████████2377



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 6300 ^ | | 11/07 | $450.00 |
| **Total Checks Paid** | | | **$450.00** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD SUMMARY

Nancy J Haber  Card 5520

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,626.23 |

ATM & Debit Card Totals

| | |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $0.00 |
| Total Card Deposits & Credits | $1,626.23 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | Orig CO Name:Att         Orig ID:9864031004 Desc Date:103125 CO Entry Descr:Payment  Sec:PPD    Trace#:031100204238136 Eed:251103  Ind ID: Ind Name:Nancy Haber Trn: 3074238136Tc | $598.93 |
| 11/04 | Zelle Payment To Itama Gana Jpm99Btfauwe | 2,000.00 |
| 11/06 | Orig CO Name:Con Ed of NY      Orig ID:2462467002 Desc Date:251104 CO Entry Descr:Cecony   Sec:CCD    Trace#:021000023260007 Eed:251106  Ind ID:68722540009 Ind Name:Haber,Nancy Trn: 3103260007Tc | 971.97 |
| 11/12 | Orig CO Name:Spectrum        Orig ID:0000358635 Desc Date:251111 CO Entry Descr:Spectrum  Sec:Tel   Trace#:021000025939078  Eed:251112  Ind ID:3234935 Ind Name:1819 Weeks Avenue 855-707-7328 Trn: 3165939078Tc | 409.91 |
| 11/12 | Orig CO Name:Spectrum        Orig ID:0000358635 Desc Date:251111 CO Entry Descr:Spectrum  Sec:Tel   Trace#:021000025938933  Eed:251112  Ind ID:3234805 Ind Name:Nancy Harber 855-707-7328 Trn: 3165938933Tc | 398.68 |
| 11/13 | Orig CO Name:Venmo         Orig ID:3264681992 Desc Date:251112 CO Entry Descr:Payment  Sec:Web    Trace#:091000013268941 Eed:251113  Ind ID:1046141945175 Ind Name:Nancy Haber Trn: 3173268941Tc | 600.00 |
| 11/17 | 11/15 Online Transfer To Chk ...4153 Transaction#: 26971417625 | 1,000.00 |
| 11/17 | Orig CO Name:Venmo         Orig ID:3264681992 Desc Date:251115 CO Entry Descr:Payment  Sec:Web    Trace#:091000012208268 Eed:251117  Ind ID:1046210384310 Ind Name:Nancy Haber Trn: 3212208268Tc | 600.00 |
| 11/17 | 11/17 Online Transfer To Chk ...4153 Transaction#: 26997096515 | 2,000.00 |
| 11/17 | Zelle Payment To Incorvaia & Associates  26997126986 | 3,000.00 |
| 11/18 | 11/18 Online Transfer To Chk ...4153 Transaction#: 27002250200 | 1,000.00 |



November 01, 2025 through November 28, 2025

Primary Account: ██████████2377

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/18 | 11/18 Online Transfer To Chk ...9260 Transaction#: 27002252228 | 400.00 |
| 11/26 | Zelle Payment To Xaviel Pena 27100701540 | 700.00 |
| 11/28 | Orig CO Name:Insure24Hrsbroke    Orig ID:3383693141 Desc Date:251126 CO Entry Descr:Webpaymentsec:Web    Trace#:091000019593457 Eed:251128  Ind ID: Ind Name:1819 Weeks Avenue Real 718-207-1444 Trn: 3329593457Tc | 1,878.06 |
| **Total Electronic Withdrawals** | | **$15,557.55** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/28 | Monthly Service Fee | $15.00 |
| **Total Fees** | | **$15.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|
| 11/03 | $4,811.87 | 11/12 | 1,303.54 | 11/18 | 1,903.54 |
| 11/04 | 2,811.87 | 11/13 | 703.54 | 11/25 | 2,807.54 |
| 11/06 | 1,839.90 | 11/14 | 5,403.54 | 11/26 | 2,107.54 |
| 11/07 | 2,112.13 | 11/17 | 3,303.54 | 11/28 | 214.48 |

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

1819 WEEKS AVE REALTY CORP

Account Number: ██████████1107

### SAVINGS SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $0.00 |
| **Ending Balance** | 0 | $0.00 |
| Annual Percentage Yield Earned This Period | | 0.00% |

You could earn an even higher interest rate on your Chase Business Select High Yield Savings account if you link it to a qualifying checking account.  Visit any of our branches for details or call us at the telephone number on your statement.

30 deposited items are provided with your account each month.  There is a $0.20 fee for each additional deposited item.



November 01, 2025 through November 28, 2025

Primary Account: ███████2377

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



---

## IMAGES

ACCOUNT # ███████2377

**See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.**

[Check image: 1819 WEEKS AVE REALTY CORP, 544 E 86TH ST, PH. E, NEW YORK, NY 10028-7526, check #6300, dated 11/7/25, Pay to the order of Lorenzo Mason, $450.00, Four hundred fifty and No/100 dollars, for wages]

003290906615 NOV 07 #0000006300 $450.00



November 01, 2025 through November 28, 2025
Primary Account: 2377

This Page Intentionally Left Blank