UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Nancy J. Haber
Case No. 24-11855-JPM

EMERGENCY MOTION TO ACCEPT LATE-FILED OBJECTION TO PLAN OF SALE
AND FOR TEMPORARY STAY OF THE SALE CLOSING

I, Nancy J. Haber, Sole Shareholder of 1819 Weeks Avenue, in my personal capacity, respectfully state:

On May 1st, at 12:12 A.M, I filed a pro se Objection to the Confirmation of the Plan of Sale, as well as a Motion for Temporary Stay of the Closing 12 minutes after the 14-day objection deadline. The 12-minute delay occurred because I experienced technical difficulties with converting the written document to a PDF file, which was required in order for the objection to be filed electronically. I have never used Adobe Acrobat before, which was the recommended PDF-converter on the Pro-se filing website, and I was having difficulty getting the app to properly upload and convert the document to PDF. I do not have experience with converting files to PDF form in general. I tried to file the objection on April 30th, and already had the objection written, but by the time the document was converted to PDF and submitted it was already 12-13 minutes past 12 AM. Please excuse this short delay. I sincerely apologize and thank you greatly for your time and consideration.

The objections which were raised necessitate a full review and accounting of all of the loan documents connected to 1819 Weeks Avenue Corporation, including borrower-funded escrow and reserve accounts, as well as a determination of whether or not there was a valid default under applicable law by Maguire Perry.

WHEREFORE, I, Nancy J. Haber, respectfully request that the Court:

a. Accept the late-filed Objection to the Plan of Sale;

b. Grant an immediate temporary stay of the sale closing;

c. Grant such other relief as the Court deems just and proper.

Sincerely,
Nancy J. Haber, Sole Shareholder of 1819 Weeks Ave. Realty Corp.