**EXHIBIT A**

# May Rent Payment



You don't often get email from preverafael@gmail.com. Learn why this is important

Hello,

I'm Rafaël Prève, 47 Perry Street, Apartment 2B.

I wanted to clarify the situation regarding the May rent payment.

I apologize for getting back to you late on this topic. I was on a business trip in Europe for a while and then extended my trip for vacation.

I had already paid Nancy for the month of May before receiving the memo about the new payment instructions, so unfortunately the payment had already been made by the time I received the notice.

I've attached a picture for reference regarding the May payment.

Please let me know if there is anything I can do.

Thank you,

Rafaël Prève

| Apr 27, 2026 | Online Transfer to SAV ...1962 transaction#: 28585974605 | Account transfer | –$25.00 | $71,015.70 | |
| | Zelle payment to Nancy Haber 28950479488 | Zelle debit | –$4,585.00 | $71,040.70 | |
| | CON ED OF NY CECONY 82085259305 CCD ID: 2462467002 | ACH debit | –$88.31 | $75,625.70 | > |
| | ⊕ Add to bill pay | | | | |