**EXHIBIT B**

# Re: 47 Perry St 1B



Shelby Porter <nycshelby7@gmail.com>
To ○ Ed Rich
Cc ○ Info



Ok sounds good, I will see you tomorrow - what time should I expect you for sealing the window? For the painting/patching - do you want to repair more of the water damage? Otherwise I think the painting can be done quickly - but now I'm thinking about the paint fumes given we can't open the window? Hopefully nowadays they have some kind of non-toxic paint? I'm guessing that's probably not what was used before for purposes of color matching.

Also... the smell from the trash was noticeable last night when I was trying to go to sleep. I think it's easy to predict it getting worse as the weather warms up. This morning there were flies buzzing all around the bins before it was even warm. I also have been blasting my AC instead of being able to open my windows for the past 2 weeks while the weather has been very temperate, which is definitely going to increase my ConEd bill. As I mentioned to you, the window was really honestly 90%+ of why I selected my apartment and the trash being put 12 inches from where I sleep is essentially ruining my living experience.

Also I asked the super (my apologies I don't remember his name from the meeting) nicely yesterday, but can you please ask any workers in the building not to shout in the lobby prior to 8am? It happened again today. It's not that they are yelling at each other, rather just trying to hear each other while one is inside the building and the other is outside. My front door is loose in the frame with like half an inch of nothing surrounding it top and bottom so they might as well be standing in my apartment. ...You should see the light around it at night from the new light bulbs, it's comical - like the doorway to heaven.

Nancy and I were square for May rent - I did one of the deals she had with tenants on pre-paying. We were discussing a renewal with Itamar, her broker, in early May before the sale was finalized. I will pay you $3,450 rent on June 1st, but I don't think I can sign a new 12-month lease because I'm not sure I can continue living under the current conditions. I'll start slowly looking for a new apartment but to be honest I haven't been holding enough cash for unexpected moving expenses and my travel schedule doesn't make it possible to move before probably August.

All this being said, I appreciate that you are trying to improve the building. Just at the moment feels like the changes so far have pretty much all negatively impacted me. Hope we can work together on some solutions.