**EXHIBIT D**



HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                  January 15, 2026

## RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     + 212-741-7042

Recipient:           Nancy Haber
                     544 E 86th Street
                     Apt. 14E
                     New York New York
                     10028
                     United States

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOC
                     1023 FIRST AVE
                     NEW YORK
                     10022
                     United States

Confirmation Code:   U85L0SJW

Date Available:      January 26, 2026

| | |
|---|---|
| Transfer Amount : | $28,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $28,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U85L0SJW |
| Date of transfer: | January 16, 2026 |
| Transfer type: | Domestic Wire |
| From account: | ████267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent from 9/1/2030 - 12/31/2030 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ███7353 |
| Payee reference : | Rent from 9/1/2030 - 12/31/2030 | | |
| Additional pick-up location information: | | Routing ID: | F |
| | | Routing No: | 021000021 |
| | | Group bank: | N |

Timestamp:  01/15/2026 11:03 PM EST

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date: November 20, 2025

# RECEIPT

Sender:      GREGORY CERBONE
             47 PERRY ST
             APT 5CD
             NEW YORK, NY 10014
             United States
             + 212-741-7042

Recipient:   Nancy Haber
             544 E 86th Street
             Apt. 14E
             New York New York
             10028
             United States

Pick-Up Location:   JPMORGAN CHASE BANK, NATIONAL
                    ASSOC
                    1023 FIRST AVE
                    NEW YORK
                    10022
                    United States

Confirmation Code:   U116S54V

Date Available:      November 28, 2025

| | |
|---|---|
| Transfer Amount : | $56,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $56,000.00 |

Future Transfer Date:   November 20, 2025

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U116S54V |
| Future transfer date: | November 20, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ████5267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent Jan 2030 - August 2030 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ████7353 |
| Payee reference : | Rent Jan 2030 - August 2030 | | |
| Additional pick-up location information: | | Routing ID:<br>Routing No:<br>Group bank: | F<br>021000021<br>N |

Timestamp:    11/20/2025 12:04 AM EST

HIGHLY RESTRICTED



HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date: February 19, 2025

# RECEIPT

Sender:
GREGORY CERBONE
47 PERRY ST
APT 5CD
NEW YORK, NY 10014
United States
+null 212-741-7042

Recipient:
Nancy Haber
544 E 86th Street
Apt. 14E
New York New York
10028
United States

Pick-Up Location:
JPMORGAN CHASE BANK, NATIONAL
ASSOC
1023 FIRST AVE
NEW YORK
10022
United States

Confirmation Code: U1MC5KDR

Date Available: February 26, 2025

| | |
|---|---|
| Transfer Amount : | $89,520.00 |
| Transfer Fees : | Not Applicable |
| Total : | $89,520.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U1MC5KDR |
| Date of transfer: | February 19, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ████5267 For Transfer Amount and Fee GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent2028 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ████7353 |
| Payee reference : | rent | | |

| | | | |
|---|---|---|---|
| Additional pick-up location information: | | Routing ID: | F |
| | | Routing No: | 021000021 |
| | | Group bank: | N |

Timestamp: 02/19/2025 08:33 AM EST

HIGHLY RESTRICTED



HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                    May 1, 2025

# RECEIPT

Sender:          GREGORY CERBONE
                 47 PERRY ST
                 APT 5CD
                 NEW YORK, NY 10014
                 United States
                 +null 212-741-7042

Recipient:       Nancy Haber
                 544 E 86th Street
                 Apt. 14E
                 New York New York
                 10028
                 United States

Pick-Up Location:   JPMORGAN CHASE BANK, NATIONAL
                    ASSOC
                    1023 FIRST AVE
                    NEW YORK
                    10022
                    United States

Confirmation Code:   U134D9Z6

Date Available:      May 8, 2025

| | |
|---|---|
| Transfer Amount : | $7,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $7,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

## Additional information

Confirmation code: U134D9Z6

Date of transfer: May 1, 2025

Transfer type: Domestic Wire

From account: ████5267 For Transfer Amount and Fee
GREGORY CERBONE

Your reference:

Purpose of payment:

Purpose of payment destination country: Rent--january 2029

Additional recipient info:          Account No: ████7353

Payee reference :

Additional pick-up location information:

Routing ID: F
Routing No: 021000021
Group bank: N

Timestamp: 05/01/2025 08:38 AM EDT

HIGHLY RESTRICTED



**HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                          May 31, 2025

# RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     +null 212-741-7042

Recipient:           Nancy Haber
                     544 E 86th Street
                     Apt. 14E
                     New York New York
                     10028
                     United States

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOC
                     1023 FIRST AVE
                     NEW YORK
                     10022
                     United States

Confirmation Code:   U1XZNF9P

Date Available:      June 9, 2025

| | |
|---|---|
| Transfer Amount : | $7,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $7,000.00 |

Future Transfer Date:   June 2, 2025

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U1XZNF9P |
| Future transfer date: | June 2, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ██████5267 For Transfer Amount and Fee GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ██████7353 |
| Payee reference : | Rent Feb 2029 | | |
| Additional pick-up location information: | | Routing ID: | F |
| | | Routing No: | 021000021 |
| | | Group bank: | N |
| Timestamp: | 05/31/2025 07:48 PM EDT | | |

HIGHLY RESTRICTED



**HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                     June 30, 2025

## RECEIPT

Sender:            GREGORY CERBONE
                   47 PERRY ST
                   APT 5CD
                   NEW YORK, NY 10014
                   United States
                   +null 212-741-7042

Recipient:         Nancy Haber
                   544 E 86th Street
                   Apt. 14E
                   New York New York
                   10028
                   United States

Pick-Up Location:  JPMORGAN CHASE BANK, NATIONAL
                   ASSOC
                   1023 FIRST AVE
                   NEW YORK
                   10022
                   United States

Confirmation Code: U19H1PWD

Date Available:    July 8, 2025

| | |
|---|---|
| Transfer Amount : | $7,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $7,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U19H1PWD |
| Date of transfer: | June 30, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ████6267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent 3/2029 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ███7353 |
| Payee reference : | | | |
| Additional pick-up location information: | | Routing ID: | F |
| | | Routing No: | 021000021 |
| | | Group bank: | N |

Timestamp: 06/30/2025 01:18 PM EDT

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                              July 31, 2025

# RECEIPT

Sender:            GREGORY CERBONE
                   47 PERRY ST
                   APT 5CD
                   NEW YORK, NY 10014
                   United States
                   +null 212-741-7042

Recipient:         Nancy Haber
                   544 E 86th Street
                   Apt. 14E
                   New York New York
                   10028
                   United States

Pick-Up Location:  JPMORGAN CHASE BANK, NATIONAL
                   ASSOC
                   1023 FIRST AVE
                   NEW YORK
                   10022
                   United States

Confirmation Code: U1DHRXDG

Date Available:    August 7, 2025

| Transfer Amount : | $7,000.00 |
|---|---|
| Transfer Fees : | Not Applicable |
| Total : | $7,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U1DHRXDG |
| Date of transfer: | July 31, 2025 |
| Transfer type: | Domestic Wire |
| From  account: | █████5267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your  reference: | |
| Purpose of payment: | |

Purpose of payment destination country:  Rent April 2029

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ████7353 |
| Payee reference : | Rent April 2029 | | |

| | | |
|---|---|---|
| Additional pick-up location information: | Routing ID: | F |
| | Routing No: | 021000021 |
| | Group bank: | N |

Timestamp:    07/31/2025 10:59 AM EDT

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                     August 31, 2025

# RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     +null 212-741-7042

Recipient:           Nancy Haber
                     544 E 86th Street
                     Apt. 14E
                     New York New York
                     10028
                     United States

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOC
                     1023 FIRST AVE
                     NEW YORK
                     10022
                     United States

Confirmation Code:   U1PHY4WQ

Date Available:      September 9, 2025

| | |
|---|---|
| Transfer Amount : | $7,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $7,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

## Additional information

| | |
|---|---|
| Confirmation code: | U1PHY4WQ |
| Date of transfer: | September 2, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ████267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent May 2029 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ███7353 |
| Payee reference : | Rent May 2029 | | |
| Additional pick-up location information: | | Routing ID:<br>Routing No:<br>Group bank: | F<br>021000021<br>N |

Timestamp:   08/31/2025 11:23 AM EDT

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                          September 30, 2025

# RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     + 212-741-7042

Recipient:           Nancy Haber
                     544 E 86th Street
                     Apt. 14E
                     New York New York
                     10028
                     United States

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOC
                     1023 FIRST AVE
                     NEW YORK
                     10022
                     United States

Confirmation Code:   U1NWGV6H

Date Available:      October 7, 2025

| | |
|---|---|
| Transfer Amount : | $49,000.00 |
| Transfer Fees : | Not Applicable |
| Total : | $49,000.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | U1NWGV6H |
| Date of transfer: | September 30, 2025 |
| Transfer type: | Domestic Wire |
| From account: | ████ 5267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent June 2029 - December 2029 |

| Additional recipient info: | | Account No: | ████ 7353 |
|---|---|---|---|
| Payee reference : | Rent June 2029 - December 2029 | | |

| Additional pick-up location information: | | Routing ID: | F |
|---|---|---|---|
| | | Routing No: | 021000021 |
| | | Group bank: | N |

Timestamp:   09/30/2025 08:32 AM EDT

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                              October 2, 2024

# RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     +null 212-741-7042

Recipient:           1819 Weeks Avenue Realty Corp.
                     544 E 86TH ST
                     APT 14E
                     NEW YORK NY
                     10028
                     United States
                     +1 (917) 929-5006

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOCIATION
                     245 7TH AVE
                     NEW YORK CITY
                     10001
                     United States

Confirmation Code:   O2N4KFLV

Date Available:      October 9, 2024

| | |
|---|---|
| Transfer Amount : | $44,760.00 |
| Transfer Fees : | Not Applicable |
| Total : | $44,760.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | O2N4KFLV |
| Date of transfer: | October 2, 2024 |
| Transfer type: | Domestic Wire |
| From account: | ████5267 For Transfer Amount and Fee GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |

Purpose of payment destination country: Rent 7/1-12/31 2027

| Additional recipient info: | | Account No: | ████2377 |
|---|---|---|---|
| Payee reference : | Rent | | |

| Additional pick-up location information: | | Routing ID: | F |
|---|---|---|---|
| | | Routing No: | 021000021 |
| | | Group bank: | N |

Timestamp:   10/02/2024 09:40 AM EDT

HIGHLY RESTRICTED

 **HSBC**

HSBC Bank USA, N.A.
66 Hudson Boulevard
New York, NY 10001

Today's Date:                                                    May 14, 2024

# RECEIPT

Sender:                    GREGORY CERBONE
                           47 PERRY ST
                           APT 5CD
                           NEW YORK, NY 10014
                           United States
                           +null 212-741-7042

Recipient:                 1819 Weeks Avenue Realty Corp.
                           544 E 86TH ST
                           APT 14E
                           NEW YORK NY
                           10028
                           United States
                           +1 (917) 929-5006

Pick-Up Location:          JPMORGAN CHASE BANK, NATIONAL
                           ASSOCIATION
                           245 7TH AVE
                           NEW YORK CITY
                           10001
                           United States

Confirmation Code:         O2X8SSVV

Date Available:            May 21, 2024

| | |
|---|---:|
| Transfer Amount : | $44,760.00 |
| Transfer Fees : | Not Applicable |
| Total : | $44,760.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | O2X8SSVV |
| Date of transfer: | May 14, 2024 |
| Transfer type: | Domestic Wire |
| From account: | ████5267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent 1/1/27-6/30/27 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ████2377 |
| Payee reference : | Rent 1/1/27-6/30/27 | | |
| Additional pick-up location information: | | Routing ID:<br>Routing No:<br>Group bank: | F<br>021000021<br>N |

Timestamp:   05/14/2024 08:59 AM EDT

HIGHLY RESTRICTED



HSBC Bank USA, N.A.
452 Fifth Avenue
New York, NY 10018-3801

Today's Date:                                    February 16, 2024

## RECEIPT

Sender:              GREGORY CERBONE
                     47 PERRY ST
                     APT 5CD
                     NEW YORK, NY 10014
                     United States
                     +null 212-741-7042

Recipient:           1819 Weeks Avenue Realty Corp.
                     544 E 86TH ST
                     APT 14E
                     NEW YORK NY
                     10028
                     United States
                     +1 (917) 929-5006

Pick-Up Location:    JPMORGAN CHASE BANK, NATIONAL
                     ASSOCIATION
                     245 7TH AVE
                     NEW YORK CITY
                     10001
                     United States

Confirmation Code:   O2MF6ZS1

Date Available:      February 27, 2024

| | |
|---|---|
| Transfer Amount : | $89,520.00 |
| Transfer Fees : | Not Applicable |
| Total : | $89,520.00 |

For questions, please contact us at 800-975-4722.

Or you can write to:
HSBC Bank USA, National Association
P.O. Box 2013
Buffalo, NY 14240

# Additional information

| | |
|---|---|
| Confirmation code: | O2MF6ZS1 |
| Date of transfer: | February 20, 2024 |
| Transfer type: | Domestic Wire |
| From account: | ███ 5267 For Transfer Amount and Fee<br>GREGORY CERBONE |
| Your reference: | |
| Purpose of payment: | |
| Purpose of payment destination country: | Rent for 2026 |

| | | | |
|---|---|---|---|
| Additional recipient info: | | Account No: | ███ 2377 |
| Payee reference : | | | |
| Additional pick-up location information: | | Routing ID:<br>Routing No:<br>Group bank: | F<br>021000021<br>N |

Timestamp:   02/16/2024 07:44 PM EST

HIGHLY RESTRICTED