----------------------------------------------------------------x

*In re*

1819 WEEKS AVE. REALTY CORP.,

              Post-Effective Date Debtor.

Chapter 11

Case No. 24-11855-JPM

----------------------------------------------------------------x

### DECLARATION OF EDWARD L. RICH IN SUPPORT
### OF THE  MOTION BY DEBORAH J. PIAZZA AS PLAN ADMINISTRATOR TO HOLD
### NANCY HABER IN CONTEMPT AND IF NECESSARY TO DIRECT THE UNITED
### STATES MARSHALLS TO TAKE NANCY HABER INTO CUSTODY AND HOLD HER
### UNTIL SUCH TIME THAT SHE PURGES HER CIVIL CONTEMPT

I, EDWARD L. RICH, pursuant to 28 U.S.C. § 1746, hereby state and declare under penalty of perjury that the following is true to the best of my knowledge, information and belief:

1.      I am the managing member of 47 Perry LLC, the new owner (the "Owner") of certain land, improvements, appurtenances and miscellaneous property located at 47 Perry Street, New York, New York (the "Premises"), previously owned by the Estate of 1819 Weeks Ave. Realty Corp. (the "Debtor").

2.      I submit this declaration ("Declaration") in further support of the Motion by Deborah J. Piazza as Plan Administrator to Hold Nancy Haber in Contempt and If Necessary to Direct the United States Marshalls to Take Nancy Haber into Custody and Hold Her Until Such Time that She Purges Her Civil Contempt (Doc 175, filed June 2, 2036) (the "Contempt Motion").

3.      I am over the age of 18 and am authorized to submit this Declaration. Except as otherwise indicated, all statements set forth in this Declaration are based on (a) my direct personal knowledge of the Owner and my conversations with tenants of 47 Perry Street, (b) information learned from my review of relevant documents, (c) information provided to me by representatives of the Debtor, (d) information provided to me by, or in discussions with, the Debtor's other

professionals, and (e) my opinion based upon my experience. If called to testify, I could and would competently testify to the facts and the opinions set forth herein.

4. I have read the declaration of the Plan Administrator, and I repeat and reiterate the statements and allegations concerning Haber's activities and transactions with the tenants at the Premises made in the Contempt Motion as if fully set forth herein. I am profoundly disappointed in, and state that the Owner is materially damaged by, Haber's violations of this Court's Order in Aid of Confirmation (Doc 165, filed May 11, 2026), which Order required Haber to turnover to the Owner "an updated rent roll and schedule and accounting of security deposits, copies of leases, tenant ledgers, and all other closing deliverables, documents or information reasonably requested by the Plan Administrator or the Buyer in connection with and in furtherance of the Plan, the Confirmation Order, and the sale of the Property" (the "Turnover").

5. Consequently, the Owner joins in the Contempt Motion in all respects, and in particular, demands that Haber comply with the Turnover as set forth in this Court's Order in Aid of Confirmation dated May 11, 2026 (Doc 165) and all other matters ordered by this Court with respect to the purchase of the Premises by the Owner.

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June 2026,
in New York, New York.

_____
Edward L. Rich