

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Scott S. Markowitz, Partner
Email:smarkowitz@tarterkrinsky.com
Phone: (212) 216-8005

June 17, 2026

**<u>Via ECF and Electronic Mail</u>**

Honorable John P. Mastando III
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

 Re: <u>1819 Weeks Ave. Realty Corp. (the "Debtor"), Chapter 11 Case No. 24-11855 (JPM)</u>

Dear Judge Mastando:

 We represent Deborah J. Piazza, the plan administrator in the above-referenced confirmed Chapter 11 case. Please allow this letter to serve as a response to Ms. Haber's letter request filed under ECF Dkt. No. 179 requesting an adjournment of the plan administrator's motion to hold Ms. Haber in contempt for violation of Your Honor's prior order and the confirmation order.

 First, the plan administrator is not seeking to hold Ms. Haber in criminal contempt, only civil contempt.  Secondly, we believe Ms. Haber is hiding as her prior papers utilized an address at 217 E 70th Street, No. 2460. This address is a PO Box at a post office on 70th Street. In response to Ms. Haber's email request to us for an adjournment, we told her we would consent to a short adjournment on condition that she advises us where she is now residing. She declined to provide that information.

 In view of Ms. Haber's clear violation of Your Honor's orders and her conduct with respect to collecting rents from tenants in violation of court orders, we respectfully request Your Honor deny the request for an adjournment.  Alternatively, if Your Honor is inclined to grant an adjournment, we request that it be for no longer than two weeks.

     Respectfully submitted,

     /s/ Scott S. Markowitz

     Scott S. Markowitz

SSM:js

cc: Nancy Haber (via email: njhproperties@aol.com)
  Annie Wells (via email: annie.wells@usdoj.gov)

095415\1\180570872.v1