**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **1819 WEEKS AVE. REALTY CORP.,** | 24-11855-JPM |
| Debtor. | |

### NOTICE OF PROPERTY SALE CLOSING

PLEASE TAKE NOTICE, that on May 12, 2026, 1819 Weeks Ave. Realty Corp., (the

"Debtor"), closed on the sale of its real property pursuant to the April 16, 2026, Order

Approving Sale of Property (Dkt. No. 155).  The closing disbursements and holdbacks are listed

in the attached closing statement.


Dated: New York, New York
        June 16, 2026

                                        JACOBS P.C.

                        By:     */s/ Aaron Slavutin*
                                Aaron Slavutin, Esq.
                                717 5th Avenue, 17th Floor
                                New York, New York  10022
                                (212) 229-0476



55 Cherry Lane, Carle Place, NY 11514
Phone: 516- 336-2020 Fax: 516-336-2025

## Closing Statement

| Title No: | LT77850 | |
|---|---|---|
| Closing Date: | 5/1/2026 | |
| Seller | 1819 Weeks Ave Realty Co | |
| Buyer | 47 Perry LLC | |
| Premises: | 47 Perry St, NYC | |
| Purchase Price | $ | 10,400,000.00 |

### Sellers' Credits

| | |
|---|---|
| Purchase Price | $10,400,000.00 |
| property tax 5/12 thru 6/30 | $21,715.50 |
| Total | $10,421,715.50 |
| **Total Seller's Credits** | **$10,421,715.50** |

### Buyers' Credits:

| | |
|---|---|
| Deposit | $1,055,000.00 |
| Tenant security deposit (imputed) | $68,241.75 |
| May rent - Apt 1CD/2CD | $9,032.26 |
| May rent - 1A | $845.16 |
| **Total Buyer's Credits** | **$1,132,919.17** |

| | |
|---|---|
| Amount due to the Seller | $9,288,796.33 |
| Deposit money to be received from Seller | $945,000.00 |
| Total amount due to Seller | $10,233,796.33 |

### Money Received

**From**

| | | |
|---|---|---|
| Money received from Buyer | $ | 9,695,000.00 |
| Deposit money to be received from Seller | $ | 945,000.00 |
| Total Money to be Received | $ | 10,640,000.00 |

### Seller's Disbursements

| Payee | Memo | Transaction Type | | |
|---|---|---|---|---|
| Landstar Title Agency, Inc. | Seller's Title Invoice | check | $ | 1,211,864.00 |
| Northgate RE Group | Broker fee | wire | $ | 7,301.00 |
| Maguire Lending | loan payoff | wire | | $7,519,965.93 |
| Maguire Lending | loan payoff * payment to be wired when money is received by Title - 5/13/26 | wire | | $945,000.00 |
| Tarter Krinsky Drogin | PA legal fees | wire | $ | 30,000.00 |
| Sarsen Realty | break-up fee | wire | $ | 319,500.00 |
| Leech Tishman | lender legal fees | wire | $ | 200,165.40 |
| **Total Seller's Disbursements** | | | **$** | **10,233,796.33** |

███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

| | | |
|---|---|---|
| **Total Disbursements** | $ | 10,640,000.00 |
| **Balance** | $ | - |

Signature - Buyer
    47 Perry LLC

Signature - Seller
    1819 Weeks Ave Realty Co