**TARTER KRINSKY & DROGIN LLP**
Attorneys *for Deborah J. Piazza, as Plan Administrator*
1350 Broadway, 11th Fl.
New York, NY 10018
212-216-8000
Scott S. Markowitz, Esq.
Michael Medved, Esq.
smarkowitz@tarterkrinsky.com
mmedved@tarterkrinsky.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re:

1819 WEEKS AVE. REALTY CORP.,

                    Debtor.

-------------------------------------------------------------x

Chapter 11

Case No. 24-11855 (JPM)

## PLAN ADMINISTRATOR'S REPLY TO OPPOSITION TO PLAN ADMINISTRATOR'S MOTION FOR CONTEMPT

Deborah J. Piazza, the plan administrator (the "PA") appointed pursuant to the order confirming the chapter 11 plan (the "Confirmation Order") of debtor 1819 Weeks Ave. Realty Corp., (the "Debtor"), in the above-captioned bankruptcy case (the "Bankruptcy Case"), by and through her attorneys, Tarter Krinsky & Drogin LLP, respectfully submits this reply (the "Reply") to the Opposition (the "Opposition") to Plan Administrator's Motion for Contempt by Nancy Haber ("Haber") on June 18, 2026, at ECF 183.[1] In support of this Reply, the PA respectfully states as follows:

---

[1] The PA's *Motion to Hold Nancy Haber in Contempt And if Necessary to Direct the United States Marshals to Take Nancy Haber Into Custody and Hold Her Until Such Time That She Purges Her Civil Contempt* (the "Motion") was filed at ECF 175.

<u>**REPLY**</u>

1.      Haber's Opposition attempts to muddy the waters as a last-ditch effort when there is no doubt Haber violated Orders of this Court.  The Court's *Order In Aid of Confirmation* entered on May 11, 2026 [ECF 165] (the "<u>Aid Order</u>") could not have been more clear where it held: "Haber is directed to immediately turnover to the Plan Administrator any and all rents, additional rents, use and occupancy payments, security deposits, escrowed funds or other funds collected or received by or on behalf of the Debtor after April1 16, 2026, the date of entry of the Confirmation Order".   Furthermore, Haber cannot with a straight fact say she was not aware of the Aid Order when she attended the Court's hearing on such held on May 6, 2026.

2.      As provided as **Exhibit** "**A**" to the Motion, Haber collected $4,585.00 in rent from the tenant of Apartment 2B on April 27, 2026.  Haber has failed to turnover this amount to the estate.

3.      As provided as **Exhibit** "**B**" to the Motion, the tenant of Apartment 1B stated via e-mail that she paid Haber rent of $3,450 that neither the purchaser nor the estate has seen.  Haber is asking the Court to believe her word over this tenant.  Haber must herself understand this is a tough obstacle for any court.

4.      As provided as **Exhibit** "**C**" In the motion that led to the Court entering the Aid Order found at ECF 159, Haber received a wire for $14,000 on April 23, 2026, from the tenant of Apartment 1CD.  Haber has failed to turnover this amount to the estate.

5.      For additional clarity to the Court, the PA has attached hereto as **Exhibit** "**1**" a spreadsheet provided by the new manager of the subject building showing the total of rents believed to have been converted by Haber for her own use with line items for each apartment in the building as well as a notes section including, but not limited to, the amounts Haber collected

2

after April 16, 2026 in violation of the Aid Order.

6.     Frankly, the PA is perplexed about why Haber would file the Opposition which claims she is indigent rather than return the rents she plainly converted for her own use in violation of Orders of this Court.  Nothing in the Opposition excuses Haber's violations of Orders of the Court and if anything, it begs the question as to how Haber became 'indigent' as she states.

Dated: New York, New York
      June 23, 2026

**TARTER KRINSKY & DROGIN LLP**
*Attorneys for Deborah J. Piazza, as Plan Administrator*


By:   */s/ Scott S. Markowitz*
       Scott S. Markowitz, Esq.
       Michael Medved, Esq.
       1350 Broadway, 11th Fl.
       New York, New York 10018
       Tel: (212) 216-8000
       Email: smarkowitz@tarterkrinsky.com
       Email: mmedved@tarterkrinsky.com

EXHIBIT 1

# AVAILABLE SPACES
## REALTY

| Apt. | Name(s) | May 12 - May 31 Amount | June 1 - June 30 Amount | Amount Stolen from 47 Perry LLC by Nancy Haber | Amount Believed to Be Hidden from Creditors | Amount Owed to PA from 47 Perry LLC | Notes |
|---|---|---|---|---|---|---|---|
| 1A | Andrew O'Toole | 645.16 | 1,000.00 | | ??? | | Credited for our share of May rent at Closing - payment was sent to Plan Administrator. We were credited $645.16 at closing. Will continue collecting checks at this amount until advised otherwise |
| 1B | Shelby Porter | 0.00 | 0.00 | | 15,024.19 | | Claims she paid Jan, Feb, Mar, April rent to get May rent free. Agreed to pay May 12th thru 31st |
| 1CD/2CD | David Ellis, Ginger (daughter?) | 9,032.26 | 14,000.00 | | ??? | | Credited for our share of May rent at Closing - payment was sent to Nancy Haber. |
| 2A | William Arthur Vieth | 0.00 | 0.00 | | ??? | | Active rent overcharge complaint; NO RENT RECEIVED TO DATE |
| 2B | Rafael Preve & Ashley Mepham | 0.00 | 4,585.00 | 2,958.06 | | | Paid Haber on 4/27/26 for 4585.00 for May Rent (our prorated share - stolen). |
| 3A | Benjamin Dixon, Moira Dixon | 0.00 | 0.00 | | | | Active rent overcharge complaint; NO RENT RECEIVED TO DATE |
| 3B | Edward Tuchman | 583.30 | 904.12 | | | 320.82 | Received May and June Rent (47 Perry LLC Owes PA $320.82 for May 1 thru May 11 Rent) |
| 3C | Matoaka Winters | 0.00 | 0.00 | 18,334.68 | 26,690.32 | | Paid NH from 11/1/25 to 9/8/26 (approx). Reduced rent of $4,200. Previous rent was $4,400. |
| 3D | Jacob Nathan Sanders | 2,133.87 | 4,725.00 | 914.52 | ??? | | Active rent overcharge complaint; Signed new Lease Effective 6/1/26. Paid May 18th to May 31st. Loss of 6 days rent to NH theft |
| 4A | Ian Klimisch, Caitlyn Canterbury | 0.00 | 0.00 | 890.32 | 3,709.68 | | Paid NH rent from April 18th thru May 17th; Loss of 6 days rent to NH theft; Tenants to sign revised lease 6/5/26 and pay stub May and June rent |
| 4B | Philip Kisclick | 0.00 | 0.00 | 25,419.35 | 24,137.10 | | "As requested, I have attached my current lease agreement, which runs through October 2026. Please note that I paid my annual rent upfront to Nancy, so my monthly rent is fully covered through the end of the lease term in October 2026." Loss assumes rent is $4,000 per month. Lease began 10/23/25 and ends 10/22/26 |
| 4C | Christoph Johannes Meinrenken | 0.00 | 0.00 | | ??? | | Active rent overcharge complaint; NO RENT RECEIVED TO DATE |
| 4D | Oliver Berman | | | | N/A | | New Lease Signed 5/26/26; Vacant previously |
| 5A | Michael DeFeo | 0.00 | 0.00 | | | | Waiting for tenant to respond |
| 5B | Jonathan Hadley | 0.00 | 1,539.32 | 993.11 | ??? | | May rent paid to Nancy Haber; Loss of rent from May 12th thru 31st |
| 5CD | David Grant / Gregory Cerbone | 0.00 | 0.00 | 415,112.90 | 257,520.00 | | Claims rent paid through 12/31/2030; Post-petition Collections are $257,520.00; pre-petition collections are $179,040.00 |
| | | 12,394.59 | 26,753.44 | 464,622.95 | 327,081.29 | 320.82 | |